NO. 07-06-0439-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 20, 2007

______________________________

PARK TERRACE LIMITED PARTNERSHIP, APPELLANT

v.

SARGON KHASHAN AND WIFE, VALENTINE KHASHAN, APPELLEES

_________________________________

FROM THE 47
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 91,658-A; HON. HAL MINER, PRESIDING

_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ. 

MEMORANDUM OPINION

Appellant Park Terrace Limited Partnership has filed a motion to dismiss the appeal.  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.  Tex. R. App. P. 42.1.  All costs incurred are adjudged against the party incurring the same. 

James T. Campbell

Justice